GARY M. RESTAINO
United States Attorney
District of Arizona
CAITLIN NOEL
Assistant U.S. Attorney
Arizona State Bar No. 033812
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Caitlin.Noel@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Sung Hwan Lee,<br><br>Defendant. | No.  CR-22-00212-PHX-DGC<br><br>**INFORMATION**<br><br>VIO: 26 U.S.C. § 7201<br>(Tax Evasion)<br>Count 1 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

## COUNT 1

On or about March 21, 2016, in the District of Arizona and elsewhere, SUNG HWAN LEE, a resident of Peoria, Arizona, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar year 2015, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service. On that tax return, LEE reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2015 was $586,107, and that the amount of tax due and owing was $176,741. In fact, as LEE knew, LEE and his spouse had joint taxable income for the calendar year 2015 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201

Dated this 25th day of February, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*[signature]*

CAITLIN NOEL
Assistant U.S. Attorney